## 13484.   CURLES v. THE STATE.

LUKE, J. The sole assignment of error is upon the ground that the evidoes not authorize the defendant's conviction. Upon conflicting evidence the jury were authorized to return a verdict of guilty against the defendant. This verdict having the approval of the trial judge, the judgment denying the motion for a new trial can not be interfered with. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 14, 1922.

Indictment for manufacture of liquor; from Mitchell superior court — Judge R. C. Bell. January 14, 1922.

*E. E. Cox,* for plaintiff in error.

*B. C. Gardner, solicitor-general, Billie B. Bush, C. E. Crow,* contra.